Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**2002–1487. Snyder v. Fairborn.**

Greene App. No. 2001CA107, 2002-Ohio-3569. Reported at 97 Ohio St.3d 1470, 2002-Ohio-6347, 779 N.E.2d 236. On motion for reconsideration. Motion denied.

**2002–1488. Yajnik v. Akron Dept. of Health, Hous. Div.**

Summit App. No. 20844, 2002-Ohio-3501. Reported at 97 Ohio St.3d 1470, 2002-Ohio-6347, 779 N.E.2d 236. On motion for reconsideration. Motion granted and discretionary appeal allowed.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**2002–1489. Hart v. Am. Guar. & Liab. Ins. Co.**

Tuscarawas App. No. 2001AP100094, 2002-Ohio-3676. Reported at 97 Ohio St.3d 1470, 2002-Ohio-6347, 779 N.E.2d 236. On motion for reconsideration. Motion denied.

**2002–1759. In re Bowers.**

Franklin App. Nos. 02AP–347 and 02AP–379, 2002-Ohio-5084. Reported at 97 Ohio St.3d 1471, 2002-Ohio-6347, 779 N.E.2d 237. On motion for reconsideration of appellants Judy Bowers and Donald Thorington Sr. Motion denied.

PFEIFER, J., dissents.

**2002–2068. State ex rel. Kafele v. Karnes.**

In Mandamus and Prohibition. Reported at 97 Ohio St.3d 1475, 2002-Ohio-6714, 779 N.E.2d 1049. On motion for reconsideration and/or issue a temporary restraining order. Motion denied.

## DISCIPLINARY CASES

**1992–0422. Columbus Bar Assn. v. Gaba.**

On motion for order to appear and show cause. Motion granted.

DOUGLAS, J., dissents and would dismiss the cause.

**2002–0583. Columbus Bar Assn. v. Smith.**

On motion for order to appear and show cause. Motion granted.

F.E. SWEENEY, J., not participating.

**2002–0979. In re Resignation of Carnahan.**

On affidavit of resignation from the practice of law of Larry K. Carnahan, Attorney Registration No. 0019285, and report filed under seal by Disciplinary Counsel. Resignation accepted with designation of disciplinary action pending.

**2002–2078. In re Bein.**

On interim suspension on felony conviction. Interim suspension ordered against William Sam Bein, Attorney Registration No. 0033234.